Name and address:
Clayton D. Halunen
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

LODGED
2013 APR -2 PM 12: 46
CLERK U.S. DISTRICT COURT
CENTRAL DIST.
LOS ANGELES
BY _____ MAO

FILED
CLERK, U.S. DISTRICT COURT
APR 5 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Alec Fisher, Matthew Townsend, and
Connor Rucks, on Behalf of Themselves
And All Others Similarly Situated,

Plaintiffs,

vs.

Monster Beverage Corporation, Monster
Energy Company, and Does 1-20,
inclusive,

Defendants.

CASE NUMBER

EDCV12-02188 VAP (OPx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Clayton D. Halunen__, of Halunen & Associates, 1650 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402
   Applicant's Name                           Firm Name/Address

(651)605-4098                                  halunen@halunenlaw.com
   Telephone Number                            E-mail Address

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of Azra Z. Mehdi, #220406
                      Local Counsel Designee/State Bar Number

of The Mehdi Firm, One Market, Spear Tower, Suite 3600, San Francisco, CA 94105
   Local Counsel Firm/Address

(415)293-8039                                  azram@themehdifirm.com
   Telephone Number                            E-mail Address

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated April 6 2013                             /s/ Virginia A. Phillips
                                               U.S. District Judge/U.S. Magistrate Judge

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**