1    DAN MARMALEFSKY (BAR NO. 95477)      **E-FILED-7/18/17**
     DMarmalefsky@mofo.com

2    PURVI G. PATEL (BAR NO. 270702)
     PPatel@mofo.com

3    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard

4    Los Angeles, California 90017-3543
     Telephone:  213.892.5200

5    Facsimile:   213.892.5454

6    PENELOPE A. PREOVOLOS (BAR NO. 87607)
     PPreovolos@mofo.com

7    DANIEL J. WILSON (BAR NO. 299239)
     DWilson@mofo.com

8    MORRISON & FOERSTER LLP
     425 Market Street

9    San Francisco, California 94105-2482
     Telephone:  415.268.7000

10    Facsimile:   415.268.7522

11    Attorneys for Defendants
     MONSTER BEVERAGE CORPORATION

12    and MONSTER ENERGY COMPANY

13

     *(Plaintiffs' counsel listed on next page)*

14

15             UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17

18    MATTHEW TOWNSEND and TED      Case No. EDCV12-02188 VAP (OPx)
     CROSS, Individually and on Behalf of
     All Others Similarly Situated,

19                      **[PROPOSED] ORDER**
             Plaintiffs,      **GRANTING STIPULATION**

20                      **CONTINUING CLASS**
       v.      **CERTIFICATION BRIEFING AND**

21                      **HEARING DATES**
     MONSTER BEVERAGE

22    CORPORATION, MONSTER      Hon. Virginia A. Phillips
     ENERGY COMPANY,

23

            Defendants.

24

25

26

27

28

1    AZRA Z. MEHDI (BAR NO. 220406)
     azram@themehdifirm.com
2    THE MEHDI FIRM, PC
     One Market
3    Spear Tower, Suite 3600
     San Francisco, California 94105
4    Telephone:   415.293.8039
     Facsimile:    415.293.8001
5
     Attorneys for Plaintiffs
6    MATTHEW TOWNSEND, TED CROSS,
     and the Putative Class
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING AND HEARING DATES
sf-3804009

The parties' Stipulation Continuing Class Certification Briefing and Hearing Dates was submitted on July 13, 2017.  The Court, having considered the Stipulation, and good cause appearing, hereby **GRANTS** the Stipulation and orders that the following briefing and hearing schedule apply:

| Event | Date |
|---|---|
| Opposition to motion for class certification | September 18, 2017 |
| Reply in support of motion for class certification | October 30, 2017 |
| Hearing on motion for class certification | November 20, 2017 at 2:00 p.m. |

**IT IS SO ORDERED**

Dated:July 18, 2017

_____
Hon. Virginia A. Phillips
Chief United States District Court Judge

1