Azra Z. Mehdi (220406)
azram@themehdifirm.com
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 fax

*Counsel for Plaintiffs and the [Proposed] Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOWNSEND et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSTER BEVERAGE CORPORATION et al., <br><br> Defendants. | Case No.: 5:12-cv-02188 VAP (KKx) <br><br> Class Action <br><br> **Notice of Errata Re: Exhibit 3 to Declaration of Azra Z. Mehdi in Support of Plaintiffs' Motion for Class Certification and the Appointment of Class Counsel** <br><br> Date:     November 20, 2017 <br> Time:     2:00 p.m. <br> Courtroom: The Hon. Virginia A. Phillips |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Matthew Townsend and Ted Cross submit the following Notice of Errata regarding Exhibit 3 (Thomas J. Maronick, "An Empirical analysis of Consumers' Perception of Certain Monster Energy Drink Labels") to the Declaration of Azra Z. Mehdi in Support of Plaintiffs' Motion for Class Certification and the Appointment of Class Counsel, which was originally filed in the United States District Court, Central District of California, on June 26, 2017. Dkt. 95-5.

Due to an inadvertent error, one of the exhibits to Exhibit 3 (*i.e.*, Exhibit C) was not included in the filing. A corrected version of Exhibit 3 to the Declaration of Azra Z. Mehdi in Support of Plaintiffs' Motion for Class Certification and the Appointment of Class Counsel is attached hereto.

DATED: July 21, 2017         THE MEHDI FIRM, PC

*/s/ Azra Z. Mehdi*
Azra Z. Mehdi

One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 fax
azram@themehdifirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I **caused to be served via CM/ECF a true and correct copy of** Notice of Errata Re: Exhibit 3 to Declaration of Azra Z. Mehdi in Support of Plaintiffs' Motion for Class Certification and the Appointment of Class Counsel.

The CM/ECF system will generate a "Notice of Electronic Filing" (NEF) to the filing party, the assigned judge and any registered user in the case. The NEF will constitute service of the document for purposes of the Federal Rules of Civil, Criminal and Appellate Procedure.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of July, 2017.

*/s/ Azra Z. Mehdi*
AZRA Z. MEHDI