1  AZRA Z. MEHDI (BAR NO. 220406)
   azram@themehdifirm.com
2  THE MEHDI FIRM, PC
   One Market
3  Spear Tower, Suite 3600
   San Francisco, California 94105
4  Telephone: 415.293.8039
   Facsimile:  415.293.8001
5
   Attorneys for Plaintiffs
6  MATTHEW TOWNSEND
   and TED CROSS
7
8  DAN MARMALEFSKY (BAR NO. 95477)
   DMarmalefsky@mofo.com
   PURVI G. PATEL (BAR NO. 270702)
9  PPatel@mofo.com
   MORRISON & FOERSTER LLP
10 707 Wilshire Boulevard
   Los Angeles, California 90017-3543
11 Telephone: 213.892.5200
   Facsimile:  213.892.5454
12
   Attorneys for Defendants
13 MONSTER BEVERAGE CORPORATION
   and MONSTER ENERGY COMPANY
14

15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| MATTHEW TOWNSEND and TED CROSS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSTER BEVERAGE CORPORATION and MONSTER ENERGY COMPANY,<br><br>Defendants. | Case No. EDCV12-02188 VAP (KKx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Virginia A. Phillips |

STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Matthew Townsend and Ted Cross, and Defendants Monster Beverage Corporation and Monster Energy Company, by and through their undersigned counsel, stipulate as follows:

WHEREAS, on March 20, 2018, this Court denied Plaintiffs' motion for class certification (ECF No. 174), and on August 22, 2018 the Ninth Circuit Court of Appeals denied Plaintiffs' Rule 23(f) petition for permission to appeal this Court's class certification decision (ECF No. 181);

WHEREAS, as a result of the Ninth Circuit's ruling, Plaintiffs have agreed to dismiss their individual claims with prejudice;

WHEREAS, Plaintiffs have not received any consideration for agreeing to dismiss their individual claims with prejudice;

NOW THEREFORE, in recognition of the foregoing, the parties stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Matthew Townsend's and Ted Cross' claims in this action will and hereby are voluntarily dismissed against Defendants, conditioned on entry of a judgment of dismissal of such claims by the Court dismissing Plaintiffs' claims with prejudice; and

2. Each side to bear their own costs, including attorneys' fees.

Dated: September 4, 2018          THE MEHDI FIRM, PC

                                  By: */s/ Azra Z. Mehdi*
                                       Azra Z. Mehdi

                                  *Attorneys for Plaintiffs*
                                  *Matthew Townsend and Ted Cross*

| | | |
|---|---|---|
| 1 | Dated: September 4, 2018 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Purvi G. Patel* <br> Purvi G. Patel |
| 4 | | ***Attorneys for Defendants*** <br> ***Monster Beverage Corporation*** |
| 5 | | ***and Monster Energy Company*** |

### ECF ATTESTATION

I, Azra Mehdi, am the ECF User whose ID and password are being used to file this **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Purvi G. Patel, counsel for Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: September 4, 2018           By:  */s/ Azra Mehdi*
                                              Azra Mehdi

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4thday of September, 2018, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/s/ Azra Mehdi*
Azra Mehdi

***Attorneys for Plaintiffs***