Case 5:12-cv-02188-VAP-KK Document 183 Filed 09/06/18 Page 1 of 2 Page ID #:6551

JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/6/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rf___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TOWNSEND and TED CROSS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSTER BEVERAGE CORPORATION and MONSTER ENERGY COMPANY,<br><br>Defendants. | Case No. EDCV12-02188 VAP (KKx)<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>Hon. Virginia A. Phillips |

      Plaintiffs Matthew Townsend and Ted Cross, and Defendants Monster Beverage Corporation and Monster Energy Company have jointly stipulated to the dismissal of Plaintiffs' claims in this action with prejudice.  The Court, having been duly advised thereof, hereby **ORDERS** as follows:

    1.    Plaintiffs Matthew Townsend's and Ted Cross' claims in this action are dismissed with prejudice; and

    2.    The parties are to bear their own costs, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 06, 2018

_____
Honorable Virginia A. Phillips
United States District Judge